

# Fourth Court of Appeals
## San Antonio, Texas

July 26, 2018

No. 04-18-00396-CV

**TEXAS ARMORING CORPORATION**,
Appellant

v.

Tinyan **OKUNBO**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18380
Honorable Michael E. Mery, Judge Presiding

# O R D E R

The court reporter responsible for filing the portion of the reporter's record relating to the May 1, 2018 hearing on the motion for new trial, Angeliz Rivera, filed a letter informing the court that the reporter's record has not been filed because appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record.

We, therefore, **ORDER** appellant to provide written proof to this court within ten days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of July, 2018.



KEITH E. HOTTLE,
Clerk of Court